UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

              - v. -                  :            NOTICE OF INTENT TO
                                                   FILE AN INFORMATION
FRANCISCO ROJAS,                      :
      a/k/a "BMW,"                    :

              Defendant.              :

- - - - - - - - - - - - - - - x



08 CRIM 301

          Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          April 2, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                    By: _____
                              Kenneth A. Polite
                              Assistant United States Attorney

                    AGREED AND CONSENTED TO:

                    _____
                    Ernest H. Hammer, Esq.
                    Attorney for Francisco Rojas

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08