```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :    08 Cr.

        - v. -                   :

FRANCISCO J. ROJAS,              :
     a/k/a "BMW,"
                                 :
            Defendant.
                                 :
- - - - - - - - - - - - - - - - x
```

**08 CRIM 301**

       The above-named defendant, who is accused of violating 21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(B), and 846 and 18 U.S.C. § 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       April 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-4-2008

0202